**Pedro Raymundo BERNABE, Petitioner,**

**v.**

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

No. 10–2437.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 22, 2010.

Filed: Dec. 28, 2010.

Pedro Raymundo Bernabe, Lexington, NE, pro se.

Ilissa M. Gould, Trial Attorney, Karen Yolanda Drummond, Richard M. Evans, Assistant Director, U.S. Department of Justice, Washington, DC, for Respondent.

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

Guatemalan citizen Pedro Raymundo Bernabe petitions for review of an order of the Board of Immigration Appeals that affirmed an immigration judge's denial of asylum, withholding of removal, and relief under the Convention Against Torture (CAT). After careful review, we conclude the denial of asylum and related relief is supported by substantial evidence in the record. *See Khrystotodorov v. Mukasey,* 551 F.3d 775, 781 (8th Cir.2008); *Samedov v. Gonzales,* 422 F.3d 704, 708–09 (8th Cir.2005). Accordingly, we deny the petition.